SAMUEL SCHWARTZ, Appellant, v. HUDSON AND MANHATTAN RAILROAD COMPANY, Respondent.

Reported below, 264 App. Div. 229.
Submitted October 5, 1942; decided October 15, 1942.

*Travers E. Devlin* and *John E. Buck* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion unless the appellant, within thirty days, serves and files an undertaking on appeal, or makes a motion for leave to prosecute the appeal as a poor person which is granted, in either of which events the motion is denied.